

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2007

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 4/30/07

**By Facsimile**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-7941

    Re:    <u>United States v. Jaime Pinillos</u>, 07 Cr. 282 (LAK)

Dear Judge Preska:

    The Government and defense counsel discussed the status of the above-captioned case this morning with your courtroom deputy, Megan O'Connor. The parties were agreeable to adjourning the conference until June 5, 2007, at 9:30 AM, a time that Ms. O'Connor indicated would be convenient for the Court.

    Should the Court grant such an adjournment, the Government, with consent of the defendant, moves to exclude time under 18 § 3161(h)(8)(A) until June 5, 2007. The parties are engaged in plea discussions, and such an adjournment will provide an opportunity to continue these discussions. The Government submits that such an exclusion is in the interests of justice and outweighs the needs of the defendant and public in a speedy trial.

*So ordered*
*Loretta A Preska*
*USDJ*
*April 30, 2007*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Arlo Devlin-Brown
(212) 637-2506
Assistant United States Attorney

cc:    Winston Lee, Esq.
        Attorney for Defendant
        (by facsimile)