

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07
```

**By Facsimile**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-7941

Re:   United States v. Jaime Pinillos, 07 Cr. 282 (LAK)

Dear Judge Preska:

   The Government and defense counsel discussed the status of the above-captioned case this morning with your courtroom deputy, Megan O'Connor. The parties were agreeable to adjourning the conference until July 20, 2007, at 9:30 AM, a time that Ms. O'Connor indicated would be convenient for the Court.

   Should the Court grant such an adjournment, the Government, with consent of the defendant, moves to exclude time under 18 § 3161(h)(8)(A) until July 20, 2007. The parties are engaged in plea discussions, and such an adjournment will provide an opportunity to continue those discussions. The Government submits that such an exclusion is in the interests of justice and outweighs the needs of the defendant and public in a speedy trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE      By: _____
June 5, 2007                           Arlo Devlin-Brown
                                       (212) 637-2506
                                       Assistant United States Attorney

cc:   Winston Lee, Esq.
      Attorney for Defendant
      (by facsimile)