

**U.S. Department of Justice**

United States Attorney
Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/07

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 19, 2007

**By Facsimile**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-7941

    Re:    <u>United States v. Jaime Pinillos</u>, 07 Cr. 282 (LAK)

Dear Judge Preska:

    The Government and defense are engaged in plea discussions with respect to the above matter. Your courtroom deputy, Megan O'Connor, suggested that the conference could be adjourned until September 5, 2007 at 12:30.

    Should the Court grant such an adjournment, the Government, with consent of the defendant, moves to exclude time under 18 § 3161(h)(8)(A) until September 5, 2007. The parties are engaged in plea discussions, and such an adjournment will provide an opportunity to continue those discussions. The Government submits that such an exclusion is in the interests of justice and outweighs the needs of the defendant and public in a speedy trial. The defendant consents to this request.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 20, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Arlo Devlin-Brown
(212) 637-2506
Assistant United States Attorney

cc:    Winston Lee, Esq.
       Attorney for Defendant
       (by facsimile)