

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 5, 2007

**By Facsimile**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-7941

**RECEIVED**
SEP 6 2007
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

Re:   United States v. Jaime Pinillos, 07 Cr. 282 (LAP)

Dear Judge Preska:

①   The Government and defense are engaged in plea discussions with respect to the above matter. Your courtroom deputy, Megan O'Connor, suggested that the conference scheduled for today could be adjourned until October 24, 2007 at 1:00 p.m.

②   Should the Court grant such an adjournment, the Government, with consent of the defendant, moves to exclude time under 18 § 3161(h)(8)(A) until the date of the next conference. The parties are engaged in plea discussions, and such an adjournment will provide an opportunity to continue those discussions. The Government submits that such an exclusion is in the interests of justice and outweighs the needs of the defendant and public in a speedy trial. The defendant consents to this request.

So ordered
Loretta A. Preska
USDJ
September 10, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:   _____
Arlo Devlin-Brown
(212) 637-2506
Assistant United States Attorney

cc:   Winston Lee, Esq.
      Attorney for Defendant
      (by facsimile)